YOUNG v. THE FLORIDA CENTRAL AND PENINSULAR RAILROAD.

Motion to dismiss appeal.    Refused.    May 19, 1896.

APPEAL,—DISMISSAL OF.—This action was tried at the April term, 1896, of the Court of Common Pleas for Barn-

well County.    Judgment for plaintiff was entered April 15, 1895—five days after rising of Court.    On April 11, 1896, the defendant served notice of intention to appeal from the order of the trial Judge, "refusing the motion for a nonsuit, and for a new trial."

The respondents moved to dismiss the .appeal upon the grounds: (1) That the oral order overruling the motion for nonsuit was not appealable; (2) that the notice did not state an intention to appeal from the final judgment.

*Held*, that an appeal lies from an order refusing a motion for a new trial, even if it does not from the order refusing the motion for nonsuit, and that the question as to whether the exceptions served make out a case of appeal from the final judgment, cannot be considered in a motion of this kind.